IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **vs.** | )   CRIMINAL ACTION 10-187-KD-C |
| | ) |
| **LOREN JORDAN,** | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on Defendant Loren Jordan's motion for early termination of supervised release. (Doc. 653).

Pursuant to 18 U.S.C. § 3583(e)(1), after consideration of the relevant factors in 18 U.S.C. § 3553(a), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1) (2006). Though one year of supervised release has expired (Defendant's term of supervised release began March 25, 2011, see Doc. 535), the Probation Office has recommended that Defendant's motion be denied at this time. Additionally, the Probation Office has represented to the Court that the Government opposes Defendant's motion. Both of these objections are based on the fact that the defendant received probation in lieu of the 24-30 months advised by the guidelines.

Accordingly, upon consideration of the requisite statutory factors, particularly the need to promote respect for the law and impose punishment commensurate with the criminal behavior, Defendant's motion for early termination of supervised release (Doc. 653) is **DENIED**.

**DONE** and **ORDERED** this the **4**[th] day of **April 2012**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**